Theodore K. Stream, State Bar #138160
Email: Ted.Stream@streamkim.com
Mario H. Alfaro, State Bar #246420
Email: Mario.Alfaro@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

Attorneys for Plaintiff, MINKA LIGHTING, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MINKA LIGHTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VAXCEL INTERNATIONAL CO., LTD., <br><br> Defendant. | CASE NO.: 5:18-cv-00947 GW(SHKx) <br><br> **NOTICE OF FILING FORM AO 120** |

Plaintiff, MINKA LIGHTING, INC., mailed Form AO 120, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, attached hereto, to the Director of the U.S. Patent and Trademark Office on May 8, 2018.

Dated: May 14, 2018

STREAM KIM HICKS WRAGE & ALFARO, PC

By: _____
Theodore K. Stream
Mario H. Alfaro
Attorneys for Plaintiff
MINKA LIGHTING, INC.

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

1
NOTICE OF FILING FORM AO 120

Firm-Templates -- 2974086.1

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California, Eastern Division__ on the following

☐ Trademarks or  ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:18-cv-00947 GW | DATE FILED<br>5/3/2018 | U.S. DISTRICT COURT<br>Central District of California, Eastern Division |
|---|---|---|
| PLAINTIFF<br>Minka Lighting, Inc. | | DEFENDANT<br>Vaxcel International Co., Ltd. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  9,551,481 | 8/17/2015 | Vaxcel International Co., Ltd. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director  Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director  Copy 4—Case file copy