Adriana Cara, SBN # 221915
adriana.cara@fisherbroyles.com
FISHERBROYLES LLP
1902 Wright Place, Suite 200
Carlsbad, CA 92008
adriana.cara@fisherbroyles.com
Telephone: (760) 918-5635
Facsimile: (760) 918-5638
Attorney for Defendant, Vaxcel International Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MINKA LIGHTING, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>VAXCEL INTERNATIONAL CO., LTD.,<br><br>　　　　Defendant. | Case No. 5:18-cv-947<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT**<br><br>Honorable George H. Wu<br><br>Date: August 2, 2018<br><br>Time: 10:00 a.m. |

PLEASE TAKE NOTICE that on Thursday, August 2, 2018 at 10:00 am or as soon thereafter as counsel can be heard, Defendant, VAXCEL INTERNATIONAL CO., LTD., ("Defendant"), by and through its counsel FisherBroyles LLP, shall move this Court located at 350 W. 1st Street, 6th Floor, Courtroom 9D, Los Angeles, CA 90012 for an Order Dismissing Plaintiffs Complaint in accordance with Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that Defendant shall rely upon the Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint.

PLEASE TAKE FURTHER NOTICE that oral argument is requested if the Motion is contested.

PLEASE TAKE FURTHER NOTICE that this Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 26, 2018. At that conference, Plaintiff did not agree to withdraw the Complaint and stated that it needed time to discuss its response. To date, Plaintiff has not responded, despite an email request from Defendant to do so.

Respectfully submitted,

**FISHERBROYLES LLP**

_____/s/Adriana Cara_____
Adriana Cara
Email: adriana.cara@fisherbroyles.com

*Attorney for Defendant*